# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| VS. | |
| **HUAYI DENG** | Case Number: CR-07-205-F |
| **Defendant** | USM Number: 16835-064 |
| | **Jeffrey M. Byers** |
| Date of Original Judgment: **July 10, 2009** | Defendant's Attorney |
| Date of Previous Amended Judgment: | |
| *(Use Date of Last Amended Judgment if any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.

☑ GRANTED   and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  105 months as to Counts 1 and 2, to be served concurrently.  is reduced to  time served effective November 1, 2015.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **July 10, 2009 (doc. no. 162)**  shall remain in effect.

April 1, 2015
Order Date

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

**Effective Date:** 11/1/2015
*(if different from order date)*

SR-11-2014